AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

__Eastern__ DISTRICT OF __California__

FILED
APR 23 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA
V.
Harman SANDHU

**CRIMINAL COMPLAINT**

Case Number:

2:07-MJ-0125 DAD

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about _____ (Date) in __see below__ County, in the __Eastern__ District of __California__ defendant(s) did,

*(Track Statutory Language of Offense)*

Between March 7, 2007, and April 5, 2007, in Sacramento County and Yolo County, did knowingly and intentionally conspire to possess with intent to distribute and distribute 3,4 methylenedioxymethamphetamine ("MDMA"), a Schedule I Controlled Substance.

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 846__.

I further state that I am a(n) __DEA Special Agent__ (Official Title) and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part of this complaint: ☑ Yes ☐ No

_[signature]_
Signature of Complainant

Jon Black
Printed Name of Complainant

Sworn to before me and signed in my presence,

4/23/2007                                   at   Sacramento, California
Date                                             City          State

Dale A. Drozd        Magistrate Judge        _[signature] Dale A. Drozd_
Name of Judge        Title of Judge           Signature of Judge

## Affidavit in Support of a Criminal Complaint and Arrest Warrant

I, Jon Black, Special Agent of the Drug Enforcement Administration (DEA), being duly sworn, depose and state:

1. I am a Special Agent of the Drug Enforcement Administration and have been so employed since June of 2003. I am currently assigned to the San Francisco Field Division, Sacramento District Office of the DEA, specifically assigned to investigate federal narcotics offenses.

2. This Affidavit is made in support of a complaint charging **Harman SANDHU** with knowingly and intentionally conspiring to possess with intent to distribute and distribute 3,4 methylenedioxymethamphetamine ("MDMA"), a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

## Overview/Background of Investigation

3. In August of 2006, I, along with other special agents and task force officers of the Drug Enforcement Administration, initiated an investigation into the drug trafficking activities of a criminal organization suspected of distributing large quantities of MDMA. This investigation led me to believe that this organization was responsible for importing large quantities of MDMA, also known as "ecstasy," into the United States from Canada and distributing that MDMA in and around the Sacramento, CA area, as well as other states.

4. This investigation was initiated based on information received from a Source of Information ("SOI"). This SOI provided information to DEA in an attempt to receive consideration on pending State drug charges (several drug-related felony charges resulting from an August 2006 arrest). The SOI initially provided historical information about the MDMA organization and then subsequently refused to provide additional information. The SOI is currently serving a State prison sentence related to the previously-referenced state drug charges. In addition to those charges, the SOI's criminal history includes an August 2005 arrest for possession of Marijuana.

5. The SOI stated that the SOI knew an MDMA distributor residing in the Sacramento, California, area named "Vic." The SOI provided me with directions to "Vic's" residence and subsequently identified a photograph of **5601 Ayala Way, Sacramento, California**, as the residence. The SOI also identified a photograph of a silver Lexus vehicle that I observed parked in front of the residence located at 5601 Ayala Way, Sacramento, California, as "Vic's" vehicle. I observed that this vehicle was bearing California license plate 5VQS151, and subsequently received California Department of Motor Vehicles (DMV) registration information for this vehicle which showed that the vehicle was registered to **Harman SANDHU** at 5601 Ayala Way, Sacramento, CA.

6. The SOI stated that during an approximate 3 month period between May of 2006 and August of 2006, he/she purchased approximately 1000 tablets of MDMA per week from "Vic" either at his residence at **5601 Ayala Way, Sacramento, California**, or at a public location near his residence. The SOI further stated that the most MDMA that the SOI had purchased from "Vic" in one transaction was 1300 tablets. The SOI stated that the SOI would either purchase the MDMA directly from "Vic" or that the SOI would order the MDMA from "Vic" and a third party would deliver it. The SOI identified a California DMV photograph of **Harman SANDHU** as one of the third parties who had delivered MDMA to the SOI.

7. The SOI described "Vic" as an East Indian male, approximately 30 years of age, between 5'8" and 5'9" tall, with a goatee and close shaven dark but graying hair. The SOI also stated that "Vic" had told the SOI that he was originally from the Vancouver, British Columbia, area.

8. The SOI provided two telephone numbers used by "Vic" to engage in the distribution of MDMA. These telephone numbers are (916) 708-5475 and (916) 375-9492. I requested and received telephone customer information for both of these telephone numbers and learned that the customer name on both of these telephone numbers was **Harman SANDHU**.

9. In October of 2006, DEA surveillance observed an East Indian male drive away from the residence located at **5601 Ayala Way, Sacramento, California**, in a silver Lexus vehicle bearing California license plate 5VQS151. This is the same Lexus identified by the SOI as being associated with "Vic," and which I learned was registered to **Harman SANDHU**. On this date, a Sacramento County Sheriff's Department officer contacted the driver of the vehicle and the driver provided identification in the form of a Canadian driver's license DL# 6136736 in the name of **Victor FARUQ**, DOB: 6/19/76. In addition, the driver stated that in order to verify his identity the officer could call telephone number (916) 240-5656 and speak to "Harman." I subsequently received telephone customer information related to this telephone and learned that the customer name related to this telephone number was **Harman SANDHU**. During the course of this investigation I have identified several cellular telephones that I believe to be used by **Victor FARUQ**, including the two mentioned above by the SOI. Telephone number (916) 240-5656, identified by **FARUQ** as being used by "Harman" has had over 1000 contacts with the telephone numbers I believe to be used by **Victor FARUQ** between July 2006 and February of 2007.

## YONET Investigation

10. In March of 2007, the Yolo County Narcotics Enforcement Team (YONET) was independently conducting an investigation into drug trafficking in the Sacramento, California, area. In that investigation, an undercover officer was purchasing quantities of MDMA from a suspect. On March 7, 2007, the undercover officer met with the suspect at a gas station in Sacramento, California, to purchase MDMA from the suspect.

2

11. During the meeting, the suspect informed the undercover officer that the suspect was waiting for "his boy" in order to complete the transaction. The undercover officer observed a Toyota vehicle enter the parking lot of the gas station and observed that the license plate of the vehicle was 5SMY244. During the course of my investigation I have identified this vehicle as being driven by **Harman SANDHU**, and have seen **Harman SANDHU** driving the vehicle on several occasions.

12. When the Toyota vehicle arrived in the parking lot, the suspect informed the undercover officer, that was his "guy." Other YONET surveillance officers observed the suspect leave his vehicle and get into the Toyota vehicle. Surveillance officers then observed the suspect get into the vehicle being driven by the undercover officer for a short period of time, and then return to the Toyota vehicle. During this time period, the undercover officer purchased approximately 200 tablets of MDMA from the suspect. YONET surveillance officers subsequently identified a CA DMV photograph of **Harman SANDHU** as the person they saw driving the Toyota vehicle on March 7, 2007; the date of this 200 tablet MDMA purchase. I believe **SANDHU** supplied the 200 pills sold to the YONET undercover officer.

### Sacramento County Sheriff's Department (SCSD) Investigation

13. On April 4, 2007, the Sacramento County Sheriff's Department (SCSD) was independently conducting an investigation into distribution of MDMA in Sacramento, California. As a part of that investigation, the SCSD learned that **Guljinder GILL** was involved in the distribution of MDMA. The SCSD received this information from a Confidential Informant ("CI"). On this date, after observing **Guljinder GILL** engage in what they believed was a drug transaction, SCSD surveillance officers observed **Guljinder GILL** meet with a dark colored Toyota vehicle bearing California license plate 5SMY244. This is the same vehicle observed by YONET officers meeting with a suspect during an MDMA transaction in March of 2007. SCSD officers subsequently identified a CA DMV photograph of **Harman SANDHU** as the person they observed driving the vehicle and meeting with **Guljinder GILL** on this date.

14. As part of the SCSD investigation, the SCSD subsequently obtained State of California search warrants for the person, vehicle, and residence of **Guljinder GILL**. As part of this ongoing investigation, the SCSD established surveillance on GILL on April 5, 2007, at approximately 8:00 a.m.

15. During the April 5, 2007, surveillance, SCSD officers observed GILL travel to a residence located at **8614 Statue Way, Elk Grove, California**. At this time, I informed SCSD detectives that 8614 Statue Way, Elk Grove, California, is a residence known to be associated with **Victor FARUQ**.

16. Based upon the investigation being conducted by the SCSD and the information I relayed to SCSD Detective Rose about FARUQ's suspected role in MDMA

3

trafficking, SCSD detectives executed the State of California search warrants on GILL's person and vehicle after GILL departed from FARUQ's residence. GILL was subsequently arrested. A search of GILL's person yielded approximately fifty grams (approximately 275 tablets) of suspected MDMA, and a search of GILL's vehicle yielded approximately 852 grams (approximately 3000 tablets) of suspected MDMA. A presumptive field test of some tablets in GILL's possession confirmed the presence of MDMA-related components. During a statement provided to law enforcement, GILL told the officers that he obtained the pills from "Vic" after accompanying him to an apartment near Laguna and Bruceville. GILL explained that he was fronted pills by **Victor FARUQ**, meaning GILL did not pay for the pills until after they were distributed. According to GILL, he owed FARUQ approximately $8,000 based upon the 3000 pills seized by SCSD. In this statement, GILL did not mention SANDHU.

17. As a part of this continuing SCSD investigation, SCSD detectives obtained and executed a State of California search warrant for the residence located at **8614 Statue Way, Elk Grove, California**. On April 5, 2007, during the service of this search warrant at FARUQ's residence, detectives located approximately 90 net grams (approximately 300 tablets) of MDMA, a large quantity (approximately $68,000) of U.S. currency, packaging material, indicia in the name of **Victor FARUQ**, and indicia in the name of **Harman SANDHU**.

18. As part of this continuing SCSD investigation, SCSD detectives obtained and executed a State of California search warrant for the residence located at **9241 Bruceville Road, Elk Grove, California, Apartment #218**, believed to be a "stash pad" used by **Victor FARUQ** to store MDMA. Subsequent to the execution of this search warrant detectives located approximately 4.2 net pounds (approximately 6500 tablets) of suspected MDMA and packaging material.

### Cooperating Source Information about SANDHU

19. On April 17, 2007, I, along with other agents, interviewed a cooperating source ("CS") about his/her role in MDMA trafficking. The CS was interviewed with an attorney present in the hopes of receiving a reduction in sentence on a pending drug trafficking case. The CS stated that, on April 4, 2007, he/she obtained approximately 2000 tablets of MDMA from **Victor FARUQ** with the intention of selling them to another individual. According to the CS, he/she sold the tablets and, after selling those tablets, he/she gave the money from the sale of the tablets to **Harman SANDHU** so that **SANDHU** could deliver the proceeds to **Victor FARUQ.**

20. During this same interview, the CS admitted that in October of 2006 he/she obtained 2000 tablets of MDMA from **Harman SANDHU**, sold that MDMA, and then gave the money resulting from that sale to **Harman SANDHU**.

21. During this same interview, the CS said that between approximately January or February of 2007 and April of 2007, he/she obtained between 1000 and 2000 tablets of MDMA per week from **Harman SANDHU** which the CS then sold to other

4

people. The CS stated that there were occasions that he/she was unable to contact **Harman SANDHU** directly and, instead, the CS contacted **Victor FARUQ** for the purpose of ordering MDMA. The CS said on one of those occasions, **Victor FARUQ** told him that he would have to deal with **Harman SANDHU**.

### Conclusion

22. Based on the facts set forth in this Affidavit, there is probable cause to believe that between March 6, 2007, and April 7, 2007, **Harman SANDHU** did knowingly and intentionally conspire with **Victor FARUQ** and **Guljinder GILL** to possess with intent to distribute and distribute MDMA, a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846. Therefore, your Affiant requests that a criminal complaint and federal arrest warrant be issued for **Harman SANDHU** based upon the facts set forth in this Affidavit.

Jon Black, Special Agent
Drug Enforcement Administration

Sworn to and subscribed before
me this 23rd day of April 2007.

DALE A. DROZD
United States Magistrate Judge

Approved as to form:

Jason Hitt
Assistant U.S. Attorney

5