FILED
April 24, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                          )    Case No. MAG 07-0125 DAD
        Plaintiff, )
v.                              )    ORDER FOR RELEASE OF
                                          )    PERSON IN CUSTODY
HARMAN SANDHU , )
        Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  HARMAN SANDHU , Case No.  MAG 07-0125 DAD , Charge  Title 21 USC §§ 841, 846 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   ___    Release on Personal Recognizance

   X    Bail Posted in the Sum of $ _150,000.00_

   X    Unsecured Appearance Bond

   ___    Appearance Bond with 10% Deposit

   ___    Appearance Bond with Surety

   ___    Corporate Surety Bail Bond

   X    (Other) _Pretrial Services Supervision with conditions of release._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on _April 24, 2007_ at _2:40_ pm.

By _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge