Michael E. Cardoza (SBN 52267)
Jyoti Rekhi (SBN 234778)
Cardoza Law Offices
1220 Oakland Blvd., Suite 200
Walnut Creek, California 94596
Telephone: (925) 274-2900
Facsimile:  (925) 274-2910

Attorneys for Defendant,
HARMAN SANDHU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:07CR00151-03 |
| Plaintiff, | **AMENDED STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| vs. | DATE: May 5, 2009 |
| HARMAN SANDHU, | TIME: 9:30 a.m. |
| Defendant. | Hon. John A. Mendez |

Defendant, by and through undersigned counsel, the United States of America, through Assistant U.S. Attorney Jason Hitt and United States Probation Department, through U.S. Probation Officer Teresa Hoffman, hereby stipulate and request that the Court continue the sentencing in the above captioned case from May 5, 2009, at 9:30 a.m., to June 2, 2009, at 8:30 a.m. Defense counsel requests this continuance because counsel needs additional time to resolve details of Mr. Sandhu's case with Assistant U.S. Attorney Jason Hitt.  Mr. Hitt is currently out on paternity leave.

**STIPULATION AND [PROPOSED] ORDER**   -1

PDF created with pdfFactory trial version www.pdffactory.com

Mr. Cardoza, Mr. Hitt, and Ms. Hoffman similarly stipulate to the following deadlines:

**1.** May 12, 2009 for final pre-sentence report,

**2.** May 19, 2009 for final objections and sentencing memorandum,

**3.** May 26, 2009 for reply and opposition.

For these reasons, the parties stipulate and request that the Court continue the currently set sentencing date of May 5, 2009, at 9:30 a.m., to June 2, 2009, at 9:30 a.m.  The parties similarly stipulate to the above mentioned May 12, May 19 and May 26 filing deadlines.

Respectfully submitted,

Dated: April 16, 2009        /s/ Michael E. Cardoza
                             MICHAEL E. CARDOZA,
                             Attorney for Defendant Sandhu

Dated: April 16, 2009         /s/ Jason Hitt
                             JASON HITT,
                             Assistant United States Attorney

Date: April 16, 2009          /s/ Karen Meusling
                             KAREN MEUSLING,
                             Supervising United States Probation Officer
                                  For
                              TERESA C. Hoffman
                             United States Probation Officer

**IT IS SO ORDERED.**

Dated: April 16, 2009        /s/ John A. Mendez
                             HON. JOHN A. MENDEZ
                             U.S. District Judge

**STIPULATION AND [PROPOSED] ORDER**   -2

PDF created with pdfFactory trial version www.pdffactory.com