Michael E. Cardoza (SBN 52267)
Jyoti Rekhi (SBN 234778)
Cardoza Law Offices
1220 Oakland Blvd., Suite 200
Walnut Creek, California 94596
Telephone: (925) 274-2900
Facsimile:  (925) 274-2910

Attorneys for Defendant,
HARMAN SANDHU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:07CR00151-03 |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| vs. | |
| HARMAN SANDHU, | DATE:  July 7, 2009<br>TIME:   9:30 a.m. |
| Defendant. | Hon. John A. Mendez |

Defendant, by and through undersigned counsel, the United States of America,

through Assistant U.S. Attorney Jason Hitt and United States Probation Department, through

U.S. Probation Officer Teresa Hoffman, hereby stipulate and request that the Court continue

the sentencing in the above captioned case from July 7, 2009, at 9:30 a.m., to August 4,

2009, at 9:30 a.m.

Respectfully submitted,

**STIPULATION AND [PROPOSED] ORDER**     -1

PDF created with pdfFactory trial version www.pdffactory.com

Dated: July 1, 2009                 /s/ Jyoti Rekhi
                                     JYOTI REKHI
                                     Attorney for Defendant Sandhu


Dated: July 1, 2009                 /s/ Jason Hitt
                                     JASON HITT,
                                     Assistant United States Attorney


Date: July 1, 2009                  /s/ Teresa Hoffman
                                     TERESA C. HOFFMAN
                                     United States Probation Officer


**IT IS SO ORDERED.**


Dated: July 1, 2009                 /s/ John A. Mendez
                                     HON. JOHN A. MENDEZ
                                     U.S. District Judge

**STIPULATION AND [PROPOSED] ORDER**    -2